

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00141-CR

**PETE GONZALES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 1999-259-C**

## O R D E R

This proceeding was abated for findings to be made by the trial court in connection with a Chapter 64 DNA appeal. The findings have been made and filed as part of a supplemental clerk's record. Accordingly, this proceeding is hereby reinstated on the Court's docket.

The appellant, Pete Gonzales, has filed a motion titled, "Motion for Leave to File Additional Briefing Post-Abatement Order." In the motion, appellant wants additional

time to file supplemental briefing and also requests that the Court consider attachments to the motion and make them part of the appellate record. We grant the motion only in part.

Based on the procedural posture of this proceeding, we grant the motion to the extent we authorize supplemental briefing on any new issues raised by the trial court's findings, which supplemental briefing is hereby expressly authorized. The Court notes, however, that it may be less confusing if appellant files an amended brief which fully replaces the current briefing and brings forth any issues remaining from the briefing before the case was abated along with any new issues regarding the findings made by the trial court on abatement. While the Court leaves the determination of whether to file a comprehensive amended brief containing all the issues currently remaining to be addressed by the Court or only a supplemental brief containing only new issues not previously raised, appellant's brief is due 45 days from the date of this order or as may be extended by a subsequent order of this Court.

The referenced motion is denied to the extent that it request that we make the exhibits to the motion part of the record in this proceeding. If there are errors in, or omissions from, the clerk's or reporter's record, the rules of appellate procedure provide the procedure and process for correcting the record. *See* TEX. R. APP. P, 34.5(c); 34.6(e). Appellant is responsible for determining if anything is missing from the clerk's record as filed with this Court and to take the appropriate action, if any, as necessary to complete

or correct the clerk's record.  A motion for extension of time to file the brief should be presented for the Court's consideration if additional time is needed to comply with the procedure or process before the brief can be prepared.


PER CURIAM


Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Reinstated
Motion granted in part and denied in part
Order issued and filed July 17, 2019
Publish
[RWO]

